UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| OM ROBERTS, | |
|---|---|
| Plaintiff, | CASE NO. C17-0410-MAT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ORDER |
| Defendant. | |

Plaintiff has filed a motion for award of attorney fees. (Dkt. 14.) Defendant does not oppose. It is therefore ORDERED:

Attorney fees of $3,676.24, and costs in the amount of $400.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Attorney Victoria B. Chhagan's address: Douglas Drachler McKee & Gilbrough, 1904 Third Avenue, Seattle, WA 98101. If the EAJA fees and expenses are not subject to any offset, the EAJA attorney fees will be paid directly to the order of Victoria B. Chhagan.

DATED this 9th day of January, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1